# UNITED STATES DISTRICT COURT
for the
# NORTHERN DISTRICT OF FLORIDA

**FLORIDA ACTION COMMITTEE, INC.**

      Plaintiff,

v.                                                                      Civil Action No.: 4:26-cv-00388

**MARK GLASS, in his official capacity as Commissioner of the Florida Department of Law Enforcement;**

**the Florida counties of BREVARD, BROWARD, CALHOUN, CITRUS, CLAY, COLUMBIA, DUVAL, FLAGLER, HENDRY, HERNANDO, HOLMES, INDIAN RIVER, JACKSON, LAKE, LEE, LEVY, MARION, MARTIN, MIAMI-DADE, OKEECHOBEE, OSCEOLA, PALM BEACH, PASCO, POLK, PUTNAM, SEMINOLE, ST. JOHNS, ST. LUCIE, SUMTER, SUWANNEE, UNION, VOLUSIA, and WASHINGTON;**

**and the Florida cities of BOCA RATON, CAPE CORAL, CORAL SPRINGS, DAVIE, FORT LAUDERDALE, FORT MYERS, GAINESVILLE, HOLLYWOOD, JACKSONVILLE, MIRAMAR, ORLANDO, PALM BAY, PEMBROKE PINES, POMPANO BEACH, PORT ST. LUCIE, SUNRISE, and WEST PALM BEACH,**

      Defendants.

# SUMMONS IN A CIVIL ACTION

To:      Seminole County
            Darren Gray, County Manager
            1101 E. First Street
            Sanford, FL  32771

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee

1

of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Michael Branch Kimberly, Esq.**
**Winston Taylor LLP**
**1901 L St NW**
**Washington, DC 20036**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
                                             *Signature of Clerk or Deputy Clerk*

2