**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA ACTION COMMITTEE,**
**INC.,**

     *Plaintiff*,                     **Case No.: 4:26cv388-MW/MJF**

**v.**

**MARK GLASS, et al.,**

     *Defendants*.

_____/

## ORDER GRANTING MOTION TO SEAL

This Court has considered, without hearing Plaintiff's motion to seal documents. ECF No. 4. In an abundance of caution, the motion to seal Exhibits 1, 5, and 6 to the complaint is **GRANTED**. The proposed protective order, ECF No. 4-1, is also adopted as if fully incorporated herein. In the event any Defendant objects to this relief or wishes to rescind or modify the protective order, they may file a motion to rescind or modify this Order or unseal the documents once they have appeared in this action. Stated otherwise, this Court is not prejudging any objection or issue with Plaintiff's motion.

     **SO ORDERED on August 12, 2026.**

                                      **s/Mark E. Walker**_____
                                      **United States District Judge**