**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**Case No. 4:26-cv-00388-MW-MJF**

FLORIDA ACTION COMMITTEE, INC.,

    Plaintiff,

v.

MARK GLASS, et al.,

    Defendants.

_____ /

## NOTICE OF APPEARANCE

NOTICE IS HEREBY GIVEN that Adam Katzman enters his appearance as counsel of record in the above-referenced matter for Defendant Broward County and respectfully requests that any and all papers filed or served in this case be served on the undersigned counsel.

Date: August 14, 2026

Respectfully submitted,

Andrew J. Meyers
Broward County Attorney
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: 954-357-7600

By: /s/ *Adam Katzman*
Adam Katzman
Fla. Bar No. 652431
Email: akatzman@broward.org
*Counsel for Defendant Broward County*