**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA ACTION COMMITTEE, INC.,**

***Plaintiff*,**

**v.** **Case No.: 4:26cv388-MW/MJF**

**MARK GLASS, et al.,**

***Defendants*.**
______________________________/

# ORDER DENYING MOTIONS TO DISMISS AS MOOT

Pending before this Court are Defendant City of Boca Raton's motion to dismiss, ECF No. 80, and Defendant City of West Palm Beach's amended motion to dismiss, ECF No. 139. Inasmuch as Plaintiff has filed an amended complaint, ECF No. 147, the pending motions to dismiss, ECF Nos. 80 and 139, are **DENIED as moot**, recognizing that these Defendants may file motions to dismiss the amended complaint that address any perceived issues that persist with the operative pleading.

**SO ORDERED on September 29, 2026.**

**s/Mark E. Walker**
**United States District Judge**