**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | |
|---|---|
| Florida Action Committee, Inc.,<br>*Plaintiff*,<br>vs.<br>Larry Keffe, *et al.*,<br>*Defendants*. | No. 4:26-cv-388 (MW-MJF) |

# JOINT STATUS REPORT

Pursuant to Section 1 of the Court's initial scheduling order (Dkt. 11) and the Court's docket entry of September 17, the parties respectfully submit this joint status report. No party has yet served a discovery request.

Respectfully submitted,

*/s/ Michael B. Kimberly*
Michael B. Kimberly (*pro hac vice*)
WINSTON TAYLOR LLP
1901 L Street NW
Washington, DC 20036
(202) 282-5096
michael.kimberly@winstontaylor.com

Megan Anne Casserlie (1032305)
WINSTON TAYLOR LLP
200 S. Biscayne Boulevard, Suite 1700
Miami, Florida 33131
(305) 910-0566
megan.casserlie@winstontaylor.com

*Attorneys for Florida Action Committee*

*/s/ Valerie L. Chartier-Hogancamp*
Mohammad O. Jazil (FBN 72556)
Valerie L. Chartier-Hogancamp
(FBN 1011269)
**HOLTZMAN VOGEL BARAN**
**TORCHINSKY & JOSEFIAK, PLLC**
119 South Monroe Street, Suite 500
Tallahassee, Florida 32301
(850) 270-5938 (phone)
mjazil@holtzmanvogel.com
vhogancamp@holtzmanvogel.com
mfischer@holtzmanvogel.com

*Counsel for Defendant Larry Keffe*

*/s/ David Jadon*
Cindy A. Townsend, Esquire
Florida Bar No.: 788961
David Jadon, Esquire
Florida Bar No.: 1010249
Roper, Townsend & Sutphen, P.A.
255 S. Orange Avenue, Suite 750
Orlando, FL 32801
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
djadon@roperpa.com
ctownsend@roperpa.com

Attorney for Defendants: *Clay County, Town of Davie, Hernando County, Union County, Osceola County, Flagler County, Indian River County, Pasco County, Citrus County, Brevard County, Seminole County, Lake County, Marion County, City of Jacksonville*

/s/ *Adam Katzman*
Adam Katzman
Fla. Bar No. 652431
Email: akatzman@broward.org
Joseph K. Jarone
Fla. Bar No. 117768
Email: jkjarone@broward.org
Brandon Butterworth
Fla. Bar No. 127506
Annika Ashton
Broward County Attorney
115 South Andrews Avenue, Suite 423
Fort Lauderdale, Florida 33301
Telephone: 954-357-7600

*Counsel for Defendant Broward County*

*/s/ William Armistead*
William Armistead (FBN: 88535)
Zackery Scharlepp (FBN: 0085374)
warmistead@coppinsmonroe.com
zascharlepp@coppinsmonroe.com
mcampbell@coppinsmonroe.com

Coppins Monroe, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420
Fax: 850-422-2730

*Attorneys for Defendants*
*Calhoun County and*
*Washington County*

*/s/ Meagan L. Logan*
MEAGAN L. LOGAN
Florida Bar No.: 18062
mlogan@rumberger.com (primary)
docketingorlando@rumberger.com and
mlogansecy@rumberger.com (secondary)
Rumberger, Kirk & Caldwell, P.A.
101 North Monroe Street
Suite 1050
Tallahassee, Florida 32301
Tel: 850.222.6550
Fax: 850.222.8783

*Attorney for Defendant Columbia County*

By: */s/ Geraldo F. Olivo, III*
Geraldo F. Olivo, III
Florida Bar No. 60905
J. Alexander Polidan
Florida Bar No. 1069190

HENDERSON, FRANKLIN, STARNES & HOLT

*Counsel for Defendants, Hendry, Holmes, Levy and Okeechobee Counties*

Post Office Box 280
Fort Myers, Florida 33902-0280
Telephone (239) 344-1168
jerry.olivo@henlaw.com
alex.polidan@henlaw.com
rebekah.davies@henlaw.com

BY: */s/ Christopher J. Stearns*
CHRISTOPHER J. STEARNS
Fla. Bar No. 557870

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.

*Counsel for Cape Coral, Coral Springs, Fort Lauderdale, Fort Myers, Pembroke Pines, Pompano Beach, Sunrise, and Suwannee County*

2455 East Sunrise Blvd., Suite 1000
Fort Lauderdale, FL 33304
954/463-0100 Telephone
954/463-2444 Facsimile
Stearns@jambg.com
Young@jambg.com
Nunez@jambg.com

*/s/ Sacha Dyson*
SACHA DYSON
*Lead Counsel*
Florida Bar No. 509191
sdyson@bgrhlaw.com
GREGORY A. HEARING
Florida Bar No. 817790
ghearing@bgrhlaw.com
BUSH GRAZIANO RICE
& HEARING, P.A.
100 S. Ashley Drive, Suite 1400
Tampa, Florida 33602
Tel: (813) 228-7000
Fax: (813) 273-0091

*Attorneys for Defendant Lee County*

**GERALDINE BONZON-KEENAN**
Miami-Dade County Attorney
Stephen P. Clark Center
111 N.W. First Street, Suite 2810
Miami, Florida 33128
Telephone: (305) 375-5151
Facsimile: (305) 375-5611

By: *<u>/s/ Jennifer L. Hochstadt</u>*
Jennifer L. Hochstadt
Assistant County Attorney
Florida Bar No. 56035
Jennifer.Azar@miamidade.gov
By: *<u>/s/ Erica S. Zaron</u>*
Erica S. Zaron
Assistant County Attorney
Florida Bar No. 514489
zaron@miamidade.gov

*Attorneys for Miami-Dade County*

*<u>/s/ Jonathan B. Trohn</u>*
Jonathan B. Trohn (No. 08-80-558)
Campbell, Trohn,
Tamayo & Aranda, P.A.
1701 S. Florida Ave.
Lakeland, FL 33803
(863) 686-0043
j.trohn@cttalaw.com

*Attorney for Polk County*

*<u>/s/Rich Komando</u>*
Florida Bar Number: 181366
500 San Sebastian View
St. Augustine, Florida 32084
Telephone: 904-209-0805
rkomando@sjcfl.us

*St. Johns County Attorney*

*/s/ Matthew J. Carson*
MATTHEW J. CARSON
Florida Bar Number: 0827711
Email: mcarson@spellman.law

SPELLMAN LAW, P.A.
905 East Park Avenue
Tallahassee, FL 32301
T: (850) 601-1983

*Attorneys for Defendants*
*City of Orlando and*
*City of Gainesville*

*/s/ Shane Weaver*
Shane Weaver, Esq.
Senior Assistant City Attorney
Florida Bar No. 90725
CITY OF WEST PALM BEACH
CITY ATTORNEY'S OFFICE
401 Clematis Street, 5th Floor
West Palm Beach, FL 33401
Tel. (561) 822-1363
Fax (561) 822-1373
sweaver@wpb.org; tviscusi@wpb.org;
dyeargin@wpb.org

*Attorney for City of West Palm Beach*

*/s/ Patricia D. Smith*
Patricia D. Smith, B.C.S.
Florida Bar No. 728160
Office of the City Attorney
City of Palm Bay
120 Malabar Rd., S.E.
Palm Bay, Florida 32907
Telephone: (321) 409-7185
Facsimile: (321) 409-7112
Patricia.smith@palmbayfl.gov

*Counsel for City of Palm Bay*

*/s/ Daniel L. Abbott*
Daniel L. Abbott (FBN 767115)
dabbott@wsh-law.com
pgrotto@wsh-law.com
Bryan C. Siddique (FBN 1018191)
bsiddique@wsh-law.com
mboschini@wsh-law.com
WEISS SEROTA HELFMAN
COLE & BIERMAN, P.L.
200 East Broward Boulevard
Suite 1900
Fort Lauderdale, Florida 33301
Telephone: (954) 763-4242
Fax: (954) 764-7770

*Attorneys for Defendants, City of Boca Raton, City of Port St. Lucie, Martin County, and St. Lucie County*

*/s/ Steven A. Hollis*
Steven A. Hollis, Esquire
Assistant County Attorney
Florida Bar No. 1018063
300 North Dixie Highway, Third Floor
West Palm Beach, Florida 33401
Tel.: (561) 355-2999
Fax: (561) 355-4234
Email: SHollis@pbc.gov;
Secondary:KGBrown@pbc.gov, MJCullen@pbc.gov, Jlesson@pbc.gov, AAirey@pbc.gov

*Attorney for Palm Beach County*
*/s/Rich Komando*
Florida Bar Number: 181366
Bradley & Komando
1845 East West Parkway, Suite 6
Fleming Island, Florida 32003
Telephone: 904.269.1111
rich@claylawyers.com

*Putnam County Attorney*

*/s/ Jennifer C. Rey*
JENNIFER C. REY, ESQ.
Florida Bar No. 0041997
THE HOGAN LAW FIRM, LLC
20 S. Broad Street
Brooksville, FL 34601
Telephone: (352) 799-8423
Facsimile: (352) 799-8294
Primary: jrey@hoganlawfirm.com
Secondary Email: eservice@hoganlawfirm.com

*Counsel for the Defendant*
*Sumter County, Florida*

*/s/ David H. Clements*
David H. Clements
Assistant County Attorney
Florida Bar No.: 1017961
123 W. Indiana Avenue
DeLand, FL 32720
(386) 736-5950
dclements@volusia.gov
mefird@volusia.gov

*Attorney for County of Volusia*

*/s/Kendra S. Breeden*
Kendra S. Breeden
Assistant City Attorney-Litigation
Florida Bar No. 0111383
Office of City Attorney
City of Hollywood
2600 Hollywood Blvd. Room 407
Hollywood, Florida 33020
954-921-3435
kbreeden@hollywoodfl.org

*Attorney for City of Hollywood*

*/s/ Burnadette Norris-Weeks*
Burnadette Norris-Weeks, Esq.
Florida Bar No. 949930
Austin Pamies Norris
Weeks Powell, PLLC
401 North Avenue of the Arts (NW 7th Avenue)
Fort Lauderdale, FL 33311
Telephone: 954-768-9770
Fax: 954-768-9790
Primary E-mail: bnorris@apnwplaw.com
Secondary E-mail:
miramarcityattorney@apnwplaw.com
paralegal@bnwlegal.com

*Attorneys for City of Miramar*

## CERTIFICATE OF SERVICE

I certify that, on October 16, 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify that the foregoing was served on all counsel of record by e-mail generated by the CM/ECF system or by email under separate cover from the undersigned.

*/s/ Michael B. Kimberly*