**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

**FLORIDA ACTION COMMITTEE, INC.,**

***Plaintiff,***

**v.** **Case No.: 4:26cv388-MW/MJF**

**LARRY KEEFE, et al.,**

***Defendants.***

______________________________/

**ORDER STAYING DISCOVERY AND**
**BIFURCATING BRIEFING ON PENDING MOTIONS**

Pending before this Court are Defendants' motions to dismiss and/or to sever and transfer, and Plaintiff's motion for 60-day extension of time to file a consolidated response to these motions, ECF No. 232. This Court Ordered Plaintiff to respond regarding its position on staying discovery and bifurcating briefing on the issues presented in these motions. Plaintiff and the Defendants who have also weighed in agree that this Court should stay discovery until it rules on the pending motions. This Court agrees this is appropriate and therefore **STAYS** discovery pending a ruling on the several pending motions.

This Court also concludes that it is appropriate to first consider the narrow issue of severance and transfer of those claims against municipalities that are located outside of this district before addressing the balance of the issues presented in Defendants' motions to dismiss. Accordingly, Plaintiff's motion for 60-day

extension of time to respond to the pending motions is **GRANTED in part and DENIED in part**. **On or before November 16, 2026**, Plaintiff shall file a consolidated response addressing only the Defendants' severance and transfer arguments. This first response may not exceed 10,000 words. Plaintiff shall then file a second consolidated response addressing the balance of the arguments for dismissal **on or before December 18, 2026**. Plaintiff's second response addressing the balance of the issues shall not exceed 20,000 words.

**SO ORDERED on October 26, 2026.**

**s/Mark E. Walker**
**United States District Judge**